MINUTE ENTRY
JUDGE BEER
SEPTEMBER 9, 2008

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

Due to the court being closed on SEPTEMBER 3, 2008 due to hurricane Gustav. The following matters were held by phone and ORDERED, accordingly;

08-1323 PATRICIA CRAWFORD V. ALAMO FINANCING LP ET AL
 ATTY: M. HINGLE, WM. BOLOGNA,
 NEED ANSWERS FROM BILL L. KAMERON
ORDERED: PASSED FOR 14 DAYS, DEFAULT TO BE FILED BY PLAINTIFF WITHIN THAT TIME

08-3537 LESTER HUMMEL, III V. OFFSHORE SERVICE VESSEL, LLC
 ATTY: S. SIPELCOVICH, R. MCCLESKEY, JR.
 NEED ANSWER FROM BP AMERICA PRODUCTION CO.
ORDERED: ANSWER FILED SET FOR TRIAL

08-3949 CITY OF NEW ORLEANS V. AMBAC ASSURANCE CO. ET AL
 ATTY: R. BIECK, JR., G. FREEMAN, III
 NEED ANSWER FROM AMBAC ASSURANCE AND AMBAC FINANCIAL SERVICES
ORDERED: PASSED FOR 60 DAYS

08-4086 HOWARD ACQUISITIONS LLC V. GIANNASCA NEW ORLEANS LLC
 ATTY: A. GOODMAN, J. IRWIN, V
 NEED ANSWER FROM DEFENDANTS
ORDERED: MATTER PLACE ON CALL DOCKET PREMATURELY, THIS MATTER TAKEN OFF THE CALL DOCKET UNTIL SERVICE HAS BEEN EFFECTED.

_____
UNITED STATES DISTRICT JUDGE