UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE CITY OF NEW ORLEANS, | |
| Plaintiff, | |
| VERSUS | CIVIL ACTION NO. 08-3949 |
| | SECTION "M" |
| AMBAC ASSURANCE CORPORATION, AMBAC FINANCIAL SERVICES, LLC, | JUDGE PETER BEER |
| PAINEWEBBER CAPITAL SERVICES, INC. AND UBS SECURITIES LLC, | MAGISTRATE JUDGE SALLY SHUSHAN |
| Defendants. | |

## ORDER

The Court has considered the unopposed motion of Ambac Assurance Corporation and Ambac Financial Services, LLC for the Court's leave to file their memorandum in support of their motion to dismiss the claims of the City of New Orleans against them as a substitute for Document 30-4. The Court GRANTS their motion. Accordingly,

**IT IS HEREBY ORDERED** that Ambac Assurance Corporation and Ambac Financial Services, LLC be and hereby are permitted to file their memorandum in support of their motion to dismiss the claims of the City of New Orleans against them as a substitute for Document 30-4.

Signed this __1st__ day of __October__, 2008, at New Orleans, Louisiana.

UNITED STATES DISTRICT JUDGE

NO.99896423.1