FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 OCT 29 PM 2: 11

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| THE CITY OF NEW ORLEANS, Plaintiff | * * * | CIVIL ACTION NO. 08-3949 |
| VERSUS | * * | SECTION M |
| AMBAC ASSURANCE CORPORATION, AMBAC FINANCIAL SERVICES, LLC, PAINEWEBBER CAPITAL SERVICES, INC., and UBS SECURITIES, LLC, Defendants | * * * * * * | MAGISTRATE 1 |

### ORDER ON AGREED MOTION TO STAY

ON CONSIDERING the Agreed Motion to Stay filed by Plaintiff The City of New Orleans ("the City") and Defendants Ambac Assurance Corporation, Ambac Financial Services, LLC, PaineWebber Capital Services, Inc., and UBS Securities LLC (collectively, "Defendants"), the Court is of the opinion that the motion should be and is GRANTED.

IT IS, THEREFORE, ORDERED that this case and all pending deadlines are stayed, and that the November 12, 2008 hearing on the Ambac Assurance Corporation and Ambac Financial Services, LLC Motion to Dismiss, as well as any other motions, are continued until 30 days after the City or the Defendants notify the Court in writing that settlement discussions have ended.

IT IS FURTHER ORDERED that, in the event of written notice that the settlement discussions have ended, with copy to this Court, the parties will confer within ten business days and agree to reschedule any pending motions in accordance with the Local Rules of this Court and participation by this Court in the rescheduling.

SIGNED this 29 day of October, 2008 in New Orleans, Louisiana.

THE HONORABLE PETER BEER
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

{N1887938.1}