UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| THE CITY OF NEW ORLEANS,<br>　　　Plaintiff | * * * | CIVIL ACTION NO. 08-3949 |
| | * | SECTION "N" (1) |
| VERSUS | * * | |
| AMBAC ASSURANCE CORPORATION,<br>AMBAC FINANCIAL SERVICES, LLC,<br>PAINEWEBBER CAPITAL SERVICES,<br>INC., and UBS SECURITIES, LLC,<br>　　　Defendants | * * * * * | |

## JOINT RESPONSE TO THE SHOW CAUSE ORDER

On May 1, 2009, the Court ordered the parties in this case to show cause why additional time is needed to conduct settlement negotiations and why this matter should not be placed on the Court's trial docket. Order to Show Cause, dated May 1, 2009 (Dkt No. 37). Plaintiff The City of New Orleans ("the City") and Defendants Ambac Assurance Corporation, Ambac Financial Services, LLC, PaineWebber Capital Services, Inc., and UBS Securities LLC (collectively, "Defendants") file this Joint Response to the Show Cause Order.

1. On July 17, 2008, the City filed suit against Ambac Assurance Corporation, Ambac Financial Services, LLC (collectively, "Ambac"), PaineWebber Capital Services, Inc., and UBS (collectively, "UBS"), alleging causes of action related to the City's December 2000 issuance of municipal bonds (the "Complaint").

2. On September 29, 2008, Ambac filed a motion to dismiss the Complaint. Oral argument was set for November 11, 2008.

3. UBS has not yet responded to the Complaint, but was scheduled to do so by October 30, 2008.

135516

4. On October 28, 2008, the parties filed an Agreed Motion to Stay, which the Court (Judge Peter Beer) granted on October 29, 2008. The parties had been discussing the possible settlement of the case and believed that a stay of all proceedings and pending deadlines would aid in those discussions and the efficient resolution of this case.

5. The parties have continued those settlement discussions and continue to believe that a stay of all proceedings and pending deadlines will further aid in those discussions and the efficient resolution of this case.

6. In particular, the City is monitoring federal legislation currently under consideration by Congress that may provide a solution to the dispute. In addition, transactional solutions are also being explored by the parties. The parties are conducting all discussions in good faith and with a design to resolve this dispute efficiently.

7. Therefore, the parties believe the Court should continue the stay entered in this case on October 29, 2008 and, accordingly, are filing concurrently with this response an agreed motion to extend the stay.

DATED: May 18, 2009.

Respectfully submitted,

/s Robert B. Bieck, Jr.
**JONES WALKER**
Robert B. Bieck, Jr.
Kathleen Ann Harrison
R. Patrick Vance
Sarah B. Belter
Place St. Charles
201 St. Charles Ave.
New Orleans, LA 70170-5100
(504) 582-8000

1076640v.1

**CITY ATTORNEY'S OFFICE**
Brenda M. Breaux
Penya M. Moses-Fields
City Hall
1300 Perdido Street
5th Floor
New Orleans, LA 70112
504-658-4380
**COUNSEL FOR THE CITY OF NEW ORLEANS**

/s Brent Bennett Barriere
**PHELPS DUNBAR, LLP**
Brent Bennett Barriere
Bruce Victor Schewe
Canal Place
365 Canal St.
Suite 2000
New Orleans, LA 70130-6534
(504) 566-1311

**KING & SPALDING LLP**
Richard T. Marooney, Jr.
Kimberly L. Frederick
1185 Avenue of the Americas
New York, NY 10036
212-556-2242
**COUNSEL FOR AMBAC ASSURANCE CORPORATION AND AMBAC FINANCIAL SERVICES, LLC**

/s George C. Freeman, III
**BARRASSO USDIN KUPPERMAN FREEMAN & SARVER, LLC**
George C. Freeman, III
909 Poydras St., Suite 2400
New Orleans, LA 70112
504-589-9700

**VINSON & ELKINS LLP**
Walter Stuart
Kenneth P. Held
Katherine A. Schultz
First City Tower
1001 Fannin St.

3

Suite 2500
Houston, TX 77002-6760
713-758-4353

**VINSON & ELKINS LLP**
Paul S. Maco
The Willard Office Building
1455 Pennsylvania Ave., NW
Washington, DC 20004-1008
202-639-6500

**VINSON & ELKINS LLP**
David R. Woodcock, Jr.
The Terrace 7
2801 Via Fortuna Drive
Austin, TX 78746
512-542-8637
**COUNSEL FOR UBS SECURITIES LLC AND PAINEWEBBER CAPITAL SERVICES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of May, 2009, I electronically filed the foregoing Motion to Transfer with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants. I further certify that I mailed the foregoing document and the motion of electronic filing by Federal Express to all non-CM/ECF participants.

/s Robert B. Bieck, Jr.

4
1076640v.1