UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| THE CITY OF NEW ORLEANS, | * | CIVIL ACTION NO. 08-3949 |
| Plaintiff | * | |
| | * | SECTION "N" (1) |
| VS | * | |
| | * | JUDGE ENGELHARDT |
| AMBAC ASSURANCE CORPORATION, | * | |
| AMBAC FINANCIAL SERVICES, LLC, | * | MAGISTRATE SHUSHAN |
| PAINEWEBBER CAPITAL SERVICES, | * | |
| INC., and UBS SECURITIES, LLC, | * | |
| Defendants | * | |

**RESPONSE IN NON-OPPOSITION TO
PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT**

Defendants PaineWebber Capital Services, Inc., UBS Securities, LLC, Ambac Assurance Corporation, and Ambac Financial Services, LLC (collectively, "Defendants") file this Response in Non-Opposition to Plaintiff The City of New Orleans' (the "City") Motion for Leave to File Second Amended and Supplemental Complaint and respectfully state as follows:

Defendants do not oppose the City's Motion for Leave to File Second Amended and Supplemental Complaint. However, Defendants do not concede that the Second Amended and Supplemental Complaint cures any of the defects identified in the pending motions to dismiss nor do they concede that the City states any claim for relief in the proposed Second Amended and Supplemental Complaint. Defendants believe it is in the interest of judicial efficiency to bring their arguments before the Court in the form of new motions to dismiss directed against the Second Amended and Supplemental Complaint.

Therefore, the parties have filed simultaneously with this response an *Ex Parte*/Consent Motion for Entry of Briefing Schedule setting out a proposed briefing schedule on the motions to dismiss to be filed by Defendants.

1

Respectfully submitted,

*/s George C. Freeman, III*

**BARRASSO, USDIN, KUPPERMAN,
FREEMAN & SARVER, LLC**
George C. Freeman, III (14272)
Stephen H. Kupperman (7890)
909 Poydras Street, Suite 2400
New Orleans, LA 70112
504-589-9700

**FRESHFIELDS BRUCKHAUS DERINGER
LLP**
Walter B. Stuart
520 Madison Avenue, 34th Floor
New York, NY 10022
212-230-4650

**VINSON & ELKINS LLP**
David R. Woodcock, Jr.
The Terrace 7
2801 Via Fortuna Drive
Austin, TX 78746
512-542-8637

**VINSON & ELKINS LLP**
Kenneth P. Held
First City Tower
1001 Fannin Street
Suite 2500
Houston, TX 77002-6760
713-758-4353

**VINSON & ELKINS LLP**
Paul S. Maco
The Willard Office Building
1455 Pennsylvania Avenue, NW
Washington, DC 20004-1008
202-639-6500

**COUNSEL FOR UBS SECURITIES, LLC AND
PAINEWEBBER CAPITAL SERVICES, INC.**

163426

*/s Brent Barriere*

**Brent Bennett Barriere**
**Bruce Victor Schewe**
Phelps Dunbar, LLP (New Orleans)
Canal Place
365 Canal St.
Suite 2000
New Orleans, LA 70130-6534
(504) 566-1311

**Richard T. Marooney , Jr.**
King & Spalding, LLP (New York)
1185 Avenue of the Americas
New York, NY 10036
212-827-4344

**William O.L. Hutchinson**
King & Spalding, LLC (North Carolina)
227 West Trade Street
Suite 600
Charlotte, NC 28202
704-503-2563

**COUNSEL FOR AMBAC ASSURANCE CORPORATION AND AMBAC FINANCIAL SERVICES, LLC**

163426

# **C E R T I F I C A T E**

I hereby certify that on August 2, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all non-CM/ECF participants.

*s/ George C. Freeman, III*

163426