UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE CITY OF NEW ORLEANS | CIVIL ACTION |
| VERSUS | NO. 08-3949 |
| AMBAC ASSURANCE CORPORATION, ET AL. | SECTION "N" (1) |

## ORDER

The Court has received the Response in Non-Opposition to Plaintiff's Motion for Leave to Amend Complaint (Rec. Doc. 80). Accordingly,

**IT IS ORDERED** that **Plaintiff's Motion for Leave to File a Second Amended and Supplemental Complaint (Rec. Doc. 75)** is **GRANTED**.

**IT IS FURTHER ORDERED** that, based on the representation made by the parties in the Ex Parte Motion for Entry of Briefing Schedule (see separate order), the **pending motions to dismiss (Rec. Docs. 52 and 57)** are **DENIED AS MOOT**. To be clear, motions may be filed directed to the Second Amended and Supplemental Complaint in accordance with the Briefing Schedule entered by separate order.

New Orleans, Louisiana, this 4th day of August 2010.

KURT D. ENGELHARDT
United States District Judge