UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| THE CITY OF NEW ORLEANS, | * | CIVIL ACTION NO. 08-3949 |
| Plaintiff | * | |
| | * | SECTION "N" (1) |
| VS | * | |
| | * | JUDGE ENGELHARDT |
| AMBAC ASSURANCE CORPORATION, | * | |
| AMBAC FINANCIAL SERVICES, LLC, | * | MAGISTRATE SHUSHAN |
| PAINEWEBBER CAPITAL SERVICES, | * | |
| INC., and UBS SECURITIES, LLC, | * | |
| Defendants | * | |

## ORDER OF BRIEFING SCHEDULE

CONSIDERING THE FOREGOING *Ex Parte*/Consent Motion for Entry of Briefing Schedule,

IT IS ORDERED that the *Ex Parte*/Consent Motion for Entry of Briefing Schedule filed by Plaintiff The City of New Orleans ("the City") and Defendants Ambac Assurance Corporation, Ambac Financial Services, LLC, PaineWebber Capital Services, Inc., and UBS Securities LLC (collectively, "Defendants") be and hereby is GRANTED.

IT IS THEREFORE, ORDERED that the following briefing schedule is set on the Defendants' motions to dismiss:

    a.    Defendants will file any answers or other responsive pleadings to the Second Amended Complaint on or before August 25, 2010.

    b.    The City will file any opposition to Defendants' motions to dismiss on or before September 24, 2010.

    c.    Defendants will file any replies to the City's opposition on or before September 30, 2010.

163427

2

      d.      The Court will hear arguments on the motions to dismiss at the previously set time on October 6, 2010.

SIGNED this  4th  day of August, 2010 in New Orleans, Louisiana.

                                                THE HONORABLE KURT D. ENGELHARDT
                                                  UNITED STATES DISTRICT JUDGE

163427