UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **THE CITY OF NEW ORLEANS,** | \* |
| Plaintiff, | \* |
| | \* |
| **VERSUS** | \*  CIVIL ACTION NO. 08-3949 |
| | \*  SECTION "N" (1) |
| **AMBAC ASSURANCE CORPORATION, AMBAC FINANCIAL SERVICES, LLC, PAINEWEBBER CAPITAL SERVICES, INC. AND UBS SECURITIES LLC,** | \*  JUDGE KURT D. ENGELHARDT |
| | \*  MAGISTRATE JUDGE SALLY SHUSHAN |
| Defendants. | \* |

## ORDER

The Court has considered the unopposed motion of Ambac Assurance Corporation and Ambac Financial Services, LLC for the Court to permit them up to 35 pages in length for their memorandum in support of their motion to dismiss the amended claims of the City of New Orleans against them. The Court GRANTS their motion. Accordingly,

IT IS HEREBY ORDERED that Ambac Assurance Corporation and Ambac Financial Services, LLC be and hereby are permitted up to 35 pages in length for their memorandum in support of their motion to dismiss the amended claims of the City of New Orleans against them.

Signed this __19th__ day of August, 2010, at New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE