UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| THE CITY OF NEW ORLEANS<br>　　　　Plaintiff | * | CIVIL ACTION NO. 08-3949 |
| | * | SECTION "N" (1) |
| VERSUS | | |
| | * | JUDGE KURT D. ENGELHARDT |
| AMBAC ASSURANCE CORPORATION,<br>AMBAC FINANCIAL SERVICES, LLC,<br>PAINEWEBBER CAPITAL<br>SERVICES, INC., AND<br>UBS SECURITIES LLC<br>　　　　Defendants | * | MAGISTRATE JUDGE SALLY SHUSHAN |
| | * | |
| | * | |
| | * | |

**ORDER**

　　　IT IS HEREBY ORDERED that the Motion to Withdraw and Substitute Counsel of Record filed by The City of New Orleans, be and is hereby GRANTED; and that Sarah B. Belter is herewith withdrawn as counsel of record for The City of New Orleans; and that Erin E. Gilson is hereby substituted as counsel of record for plaintiff, The City of New Orleans.

　　　New Orleans, this __24th__ day of ____August____, 2010.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　JUDGE

{N2193630.1}