IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE CITY OF NEW ORLEANS, | * |
| *Plaintiff,* | * |
| v. | * Civil Action No. 08-3949 |
| AMBAC ASSURANCE CORPORATION, et al., | * |
| *Defendants.* | * |

## ORDER

BE IT REMEMBERED on this the 14th day of September, 2010, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by local counsel, George C. Freeman, III, on behalf of Douglas Geyser, counsel for Defendants PaineWebber Capital Services, Inc. and UBS Securities LLC, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Douglas Geyser may appear on behalf of Defendants PaineWebber Capital Services, Inc. and UBS Securities LLC in the above case.

IT IS FURTHER ORDERED that Douglas Geyser, if he has not already done so, shall immediately tender the amount of $25.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule 83.2.6W.

SIGNED this the 14th day of September, 2010.

UNITED STATES DISTRICT JUDGE

US 527273v.1