UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| THE CITY OF NEW ORLEANS<br>　　　　Plaintiff | * | CIVIL ACTION NO. 08-3949 |
| | * | SECTION "N" (1) |
| VERSUS | | |
| | * | JUDGE KURT D. ENGLEHARDT |
| AMBAC ASSURANCE CORPORATION,<br>AMBAC FINANCIAL SERVICES, LLC,<br>PAINEWEBBER CAPITAL<br>SERVICES, INC., AND<br>UBS SECURITIES LLC<br>　　　　Defendants | * | MAGISTRATE SALLY SHUSHAN |
| | * | |
| | * | |
| | * | |

## ORDER

The Court has considered the unopposed Motion of The City of New Orleans for the Court to permit it up to 40 pages in length for its Memorandum in Opposition to the Ambac Defendants' Motion to Dismiss the Second Amended and Supplemental Complaint. The Court GRANTS its motion. Accordingly,

**IT IS HEREBY ORDERED** that The City of New Orleans be and hereby is permitted up to 40 pages in length for its Memorandum in Opposition to the Ambac Defendants' Motion to Dismiss the Second Amended and Supplemental Complaint.

Signed this 21st day of September, 2010, at New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE

{N2204585.1}