UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE CITY OF NEW ORLEANS | CIVIL ACTION |
| VERSUS | NO. 08-3949 |
| AMBAC ASSURANCE CORPORATION, ET AL | SECTION "N" (1) |

## **O R D E R**

Due to the lengthy materials submitted in this case for the upcoming oral argument and the Court's already heavy docket schedule for October 6, 2010,

**IT IS ORDERED** that oral argument currently set for October 6, 2010 on the Motion of AMBAC Assurance Corporation and AMBAC Financial Services, LLC for the Court to Dismiss the Claims of the City of New Orleans Against Them (Rec. Doc. 91) and the Motion by Painewebber Capital Services, Inc and UBS Securities, LLC to Dismiss the Second Amended and Supplemental Complaint (Rec. Doc. 92), is **CONTINUED** to **Thursday, October 14, 2010, at 9:00 a.m.** (Note: this is a special setting, and these oral arguments will be the only items on the Court's docket that morning).

New Orleans, Louisiana, this 1st of October, 2010.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**