MINUTE ENTRY
ENGELHARDT, J.
OCTOBER 14, 2010

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CITY OF NEW ORLEANS | CIVIL ACTION |
| VERSUS | NO. 08-3949 |
| AMBAC ASSURANCE CORPORATION, ET AL | SECTION "N" |

### JUDGE KURT D. ENGELHARDT PRESIDING

**THURSDAY, OCTOBER 14, 2010 AT 9:00 AM**

COURTROOM DEPUTY: Pam Radosta        COURT REPORTER: Arlene Movahed

APPEARANCES: <u>For Plaintiff</u>: Robert Bieck and Erin Gilson
<u>For Defendants</u>: Bruce Schewe, Richard Marooney, William Hutchinson, David Woodcock, Douglas Geyser, Walter Stuart, and Meredith Cunningham

**1) MOTION OF DEFENDANTS, AMBAC ASSURANCE CORPORATION AND AMBAC FINANCIAL SERVICES TO DISMISS(Rec. Doc. No. 91)**

ARGUMENT - ORDERED GRANTED AS TO ALL CLAIMS.
REASONS ORALLY STATED.

**2) MOTION OF DEFENDANTS PAINEWEBBER CAPITAL SERVICES, INC., UBS SECURITIES TO DISMISS THE SECOND AMENDED COMPLAINT (Rec. Doc. No. 92)**

ARGUMENT - ORDERED GRANTED IN PART AND
DENIED IN PART AS TO CLAIMS IN COUNTS V, VI, AND VIII.
REASONS ORALLY STATED.

JS-10: 1:34