UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| THE CITY OF NEW ORLEANS,<br>     Plaintiff | * <br> * <br> * | CIVIL ACTION NO. 08-3949 <br><br> SECTION "N" (1) |
| VS | * <br> * | <br> JUDGE ENGELHARDT |
| AMBAC ASSURANCE CORPORATION,<br>AMBAC FINANCIAL SERVICES, LLC,<br>PAINEWEBBER CAPITAL SERVICES,<br>INC., and UBS SECURITIES, LLC,<br>     Defendants | * <br> * <br> * <br> * <br> * | <br> MAGISTRATE SHUSHAN |

**O R D E R**

Considering the foregoing Unopposed Motion for Extension of Time to Respond by PaineWebber Capital Services, Inc. and UBS Securities, LLC ("Defendants"),

**IT IS ORDERED** that the Motion be and hereby is GRANTED. Therefore, Defendants must answer or otherwise respond to Plaintiff's Second Amended and Supplemental Complaint no later than 45 days after the Court decides Defendants' motion to reconsider the Court's October 14, 2010 order denying in part their motion to dismiss, unless Defendants do not file a motion to reconsider, in which case they must answer or otherwise respond to the City's Complaint no later than 45 days after October 28, 2010.

Signed this __28th__ day of October, 2010, at New Orleans, Louisiana.

_____
UNITED STATES DISTRICT COURT JUDGE

[DENIED stamp overlaid on order]

US 616141v.1