UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| THE CITY OF NEW ORLEANS, | * | CIVIL ACTION NO. 08-3949 |
| Plaintiff | * | |
| | * | SECTION "N" (1) |
| VS | * | |
| | * | JUDGE ENGELHARDT |
| AMBAC ASSURANCE CORPORATION, | * | |
| AMBAC FINANCIAL SERVICES, LLC, | * | MAGISTRATE SHUSHAN |
| PAINEWEBBER CAPITAL SERVICES, | * | |
| INC., and UBS SECURITIES, LLC, | * | |
| Defendants | * | |

**MOTION FOR RECONSIDERATION**
**BY PAINEWEBBER CAPITAL SERVICES, INC. AND UBS SECURITIES, LLC**

Defendants PaineWebber Capital Services, Inc. and UBS Securities, LLC (collectively, the "UBS Defendants") respectfully move this Court to reconsider aspects of its October 14, 2010 order denying in Part Defendants' motion to dismiss with prejudice all the claims brought by the City of New Orleans ("Plaintiff"). For the reasons set forth more fully in the accompanying memorandum, the UBS Defendants' motion should be granted and Plaintiff's remaining claims dismissed with prejudice.

**WHEREFORE**, Defendants pray that their motion be granted and that all Plaintiff's claims be dismissed with prejudice.

US 637829v.1

Respectfully submitted,

*/s George C. Freeman, III*

**BARRASSO, USDIN, KUPPERMAN, FREEMAN & SARVER, LLC**
George C. Freeman, III, Louisiana Bar No. 14272
Stephen H. Kupperman, Louisiana Bar No. 17890
Meredith Cunningham, Louisiana Bar No. 26465
909 Poydras Street, Suite 2400
New Orleans, LA 70112
504-589-9700

**FRESHFIELDS BRUCKHAUS DERINGER US LLP**
Walter B. Stuart, Louisiana Bar No. 12551
520 Madison Avenue, 34th Floor
New York, NY 10022
212-230-4650

**VINSON & ELKINS LLP**
David R. Woodcock, Jr.
Douglas D. Geyser
The Terrace 7
2801 Via Fortuna Drive
Austin, TX 78746
512-542-8637

**VINSON & ELKINS LLP**
Kenneth P. Held
First City Tower
1001 Fannin Street
Suite 2500
Houston, TX 77002-6760
713-758-4353

**VINSON & ELKINS LLP**
Paul S. Maco
The Willard Office Building
1455 Pennsylvania Avenue, NW
Washington, DC 20004-1008
202-639-6500

**COUNSEL FOR UBS SECURITIES LLC AND PAINEWEBBER CAPITAL SERVICES, INC.**

## **C E R T I F I C A T E**

I hereby certify that on November 10, 2010, I electronically filed the foregoing

with the Clerk of Court by using the CM/ECF system which will send a notice of electronic

filing to all CM/ECF participants.  I further certify that I mailed the foregoing document and the

notice of electronic filing by first-class mail to all non-CM/ECF participants.

_s/ George C. Freeman, III_