(q)   Transfer.

Section 7 of this Agreement is hereby amended to read in its entirety as follows:

"(a)   Except as expressly provided herein, neither this Agreement nor any interest or obligation in or under this Agreement may be transferred (whether by way of security or otherwise) by either party without the prior written consent of the other party, except that:-

(i)   a party may make such a transfer of this Agreement pursuant to a consolidation or amalgamation with, or merger with or into, or transfer of all or substantially all its assets to, another entity (but without prejudice to any other right or remedy under this Agreement);

(ii)   a party may make such a transfer of all or any part of its interest in any amount payable to it from a Defaulting Party under Section 6(e); and

(iii)   a party may transfer this Agreement and all of its rights and obligations hereunder with respect to any or all Transactions to any of its Affiliates or to any Affiliate of the PWCSI Surety Provider without the consent of the other party provided that the other party is furnished with (A) an agreement in writing of any Credit Support Provider of the transferor that any Credit Support Document will continue to apply to the obligations of such transferee under this Agreement after such transfer, or (B) a financial guaranty comparable to the PWCSI Surety Bond provided by a financial guarantor with credit ratings no lower than those of the PWCSI Surety Provider and that no such transfer may occur unless the following conditions shall have been met:

(1)   the transferee accepts and assumes all of the transferor's obligations under this Agreement and any Transaction being transferred;

(2)   the transferring party shall give the other party and the PWCSI Surety Provider prior written notice of any transfer of the Agreement or any Transaction; and

(3)   a Potential Event of Default, an Event of Default or a Termination Event does not occur as a result of such transfer.

(b)   Counterparty hereby acknowledges that to the extent of payments made by the PWCSI Surety Provider to it under the PWCSI Surety Bond, the PWCSI Surety Provider shall be fully subrogated to its rights against PWCSI under the Transaction to which such payments relate including but not limited to, the right to receive payment from PWCSI, the enforcement of any remedies and the recovery of all reasonable out-of-pocket expenses, including, but not limited to,

**Exhibit A**

the costs of collection. Counterparty hereby agrees to assign to the PWCSI Surety Provider its right to receive payment from PWCSI under any Transaction to the extent of any payment thereunder by Ambac to it and to execute all such instruments or agreements as the PWCSI Surety Provider deems reasonably necessary to effect such assignment. PWCSI acknowledges and consents to the assignment by Counterparty to this Agreement to the PWCSI Surety Provider of any rights and remedies (that Counterparty has under any Transaction or, any other document executed in connection herewith.

(c)  PWCSI and Counterparty hereby acknowledge that to the extent of payments made by Counterparty Surety Provider to PWCSI under the Counterparty Surety Bond, Counterparty Surety Provider shall be fully subrogated to the rights of PWCSI against Counterparty under the Insured Transaction to which such payments relate, including, but not limited to, the right to receive payment from Counterparty, the enforcement of any remedies and the recovery of all reasonable out-of-pocket expenses, including, but not limited to, the costs of collection. PWCSI hereby agrees to assign to Counterparty Surety Provider its right to receive payment from Counterparty under any Insured Transaction to the extent of any payment thereunder by Counterparty Surety Provider to PWCSI and to execute all such instruments or agreements as Ambac deems reasonably necessary to effect such assignment. Counterparty hereby acknowledges and consents to the assignment by PWCSI to Counterparty Surety Provider of any rights and remedies that PWCSI has under any Insured Transaction or any other document executed in connection herewith.

(d)  PWCSI may assign, create a security interest in and grant a lien on all right, title and interest of PWCSI in and to this Agreement, including, but not limited to, the present and continuing right to make claim for, collect, receive and receipt for any of the sums, amounts, income, revenues, issues and profits and any other sums of money payable or receivable hereunder, to bring actions and proceedings hereunder or for the enforcement hereof and to do any and all things which PWCSI is or may become entitled to do hereunder, to the Trustee, and unto the Trustee's successors and assigns, in trust; provided that, PWCSI shall remain liable for all obligations of PWCSI under this Agreement and each Transaction hereunder.

(e)  Any transfer permitted by the foregoing provisions will not constitute an event or condition described in Sections 5(a)(iii) or (viii) or 5(b)(ii) of the Master Agreement.

(f)  No Transfer of an Insured Transaction under this Section may occur without the prior written consent of Ambac, and such consent will not be unreasonably withheld.

(g)  Any purported transfer that is not in compliance with this Section will be void."