UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| THE CITY OF NEW ORLEANS, | * | CIVIL ACTION NO. 08-3949 |
|     Plaintiff | * | |
| | * | SECTION "N" (1) |
| VS | * | |
| | * | JUDGE ENGELHARDT |
| AMBAC ASSURANCE CORPORATION, | * | |
| AMBAC FINANCIAL SERVICES, LLC, | * | MAGISTRATE SHUSHAN |
| PAINEWEBBER CAPITAL SERVICES, | * | |
| INC., and UBS SECURITIES, LLC, | * | |
|     Defendants | * | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that, as agreed by Plaintiff the City of New Orleans, Defendants PaineWebber Capital Services, Inc. and UBS Securities, LLC will bring the attached Motion for Reconsideration for hearing before the Honorable Kurt D. Engelhardt on December 15, 2010, at 9:30 a.m. in the United States District Courthouse, 500 Poydras Street, New Orleans, Louisiana, or as soon thereafter as counsel may be heard.

US 638888v.1

Respectfully submitted,

*/s George C. Freeman, III*

**BARRASSO, USDIN, KUPPERMAN, FREEMAN & SARVER, LLC**
George C. Freeman, III, Louisiana Bar No. 14272
Stephen H. Kupperman, Louisiana Bar No. 17890
Meredith Cunningham, Louisiana Bar No. 26465
909 Poydras Street, Suite 2400
New Orleans, LA 70112
504-589-9700

**FRESHFIELDS BRUCKHAUS DERINGER US LLP**
Walter B. Stuart, Louisiana Bar No. 12551
520 Madison Avenue, 34th Floor
New York, NY 10022
212-230-4650

**VINSON & ELKINS LLP**
David R. Woodcock, Jr.
Douglas D. Geyser
The Terrace 7
2801 Via Fortuna Drive
Austin, TX 78746
512-542-8637

**VINSON & ELKINS LLP**
Kenneth P. Held
First City Tower
1001 Fannin Street
Suite 2500
Houston, TX 77002-6760
713-758-4353

**VINSON & ELKINS LLP**
Paul S. Maco
The Willard Office Building
1455 Pennsylvania Avenue, NW
Washington, DC 20004-1008
202-639-6500

**COUNSEL FOR UBS SECURITIES LLC AND PAINEWEBBER CAPITAL SERVICES, INC.**

## **C E R T I F I C A T E**

I hereby certify that on November 10, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all non-CM/ECF participants.

    *s/ George C. Freeman, III*