UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| THE CITY OF NEW ORLEANS,<br>      Plaintiff | * <br> * | CIVIL ACTION NO. 08-3949 |
| | * | SECTION "N" (1) |
| VS | * | |
| | * | JUDGE ENGELHARDT |
| AMBAC ASSURANCE CORPORATION, | * | |
| AMBAC FINANCIAL SERVICES, LLC, | * | MAGISTRATE SHUSHAN |
| PAINEWEBBER CAPITAL SERVICES, | * | |
| INC., and UBS SECURITIES, LLC, | * | |
|       Defendants | * | |

## ORDER

Considering the above and foregoing Request for Oral Argument on the Motion for Reconsideration filed by Defendants,

**IT IS ORDERED** that oral argument is scheduled on the above Motion before the Honorable Kurt Engelhardt, at 9:30 a.m. on December 15, 2010,. at the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, LA 70130.

THIS MOTION WILL BE HEARD ON THE BRIEFS ALONE.

New Orleans, Louisiana, this __12th__ day of November, 2010.

_____
JUDGE

**DENIED**

485691_1.DOC