UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| THE CITY OF NEW ORLEANS,<br>      Plaintiff | * <br> * <br> * | CIVIL ACTION NO. 08-3949 <br><br> SECTION "N" (1) |
| VS | * <br> * | <br> JUDGE ENGELHARDT |
| AMBAC ASSURANCE CORPORATION, <br> AMBAC FINANCIAL SERVICES, LLC, <br> PAINEWEBBER CAPITAL SERVICES, <br> INC., and UBS SECURITIES, LLC, <br>       Defendants | * <br> * <br> * <br> * <br> * | <br> MAGISTRATE SHUSHAN |

**JOINT NOTICE TO THE COURT REGARDING MEDIATION**
**AND RULE 26(a)(1) INITIAL DISCLOSURES**

Plaintiff, the City of New Orleans (the "City") and Defendants, PaineWebber Capital Services, Inc. and UBS Securities, LLC (together, the "UBS Defendants") submit this Joint Notice to the Court regarding Mediation and Rule 26(a)(1) Initial Disclosures as follows:

On November 11, 2010, attorneys for all parties conferred via telephone pursuant to Fed. R. Civ. P. 26(f) and Local Rule 26, and as required by the Court's Preliminary Conference Notice dated November 2, 2010.  Counsel for the City and the UBS Defendants (together, "Counsel") discussed, *inter alia*, the benefits of postponing the burden and expense of substantial discovery until such time as a prompt resolution of the case might be attempted through mediation.

Counsel agreed that the parties will attempt to mediate this case at an early stage of the litigation.  The City proposed that Magistrate Sally Shushan of the U.S. District Court for the Eastern District of Louisiana mediate, and the UBS Defendants agreed.  The parties have

tentatively agreed to a time in January or February of 2011, the specific date and time to be finalized after the Preliminary Conference scheduled for November 30, 2010.

The parties have not yet made initial disclosures under Fed. R. Civ. P. 26(a)(1). The parties agreed that initial disclosures under Rule 26(a)(1) will not be made in this case and are prepared to discuss this matter at the Preliminary Conference.

Plaintiff and Defendants respectfully present to the Court this Joint Notice of their positions regarding mediation and initial disclosures under Rule 26(a)(1).

    Respectfully submitted,

*/s/ George C. Freeman, III*
**BARRASSO, USDIN, KUPPERMAN, FREEMAN & SARVER, LLC**
George C. Freeman, III
Stephen H. Kupperman
909 Poydras Street, Suite 2400
New Orleans, LA 70112
504-589-9700

**FRESHFIELDS BRUCKHAUS DERINGER LLP**
Walter B. Stuart
520 Madison Avenue, 34th Floor
New York, NY 10022
212-230-4650

**VINSON & ELKINS LLP**
David R. Woodcock, Jr.
The Terrace 7
2801 Via Fortuna Drive
Austin, TX 78746
512-542-8637

**VINSON & ELKINS LLP**
Kenneth P. Held
First City Tower
1001 Fannin Street
Suite 2500
Houston, TX 77002-6760
713-758-4353

**VINSON & ELKINS LLP**
Paul S. Maco
The Willard Office Building
1455 Pennsylvania Avenue, NW
Washington, DC 20004-1008
202-639-6500

**COUNSEL FOR UBS SECURITIES, LLC AND PAINEWEBBER CAPITAL SERVICES, INC.**


*/s/ Robert B. Bieck, Jr.*
**JONES WALKER**
Robert B. Bieck , Jr.
Erin E. Gilson
Kathleen Ann Harrison
R. Patrick Vance
Place St. Charles
201 St. Charles Ave., Suite 5100
New Orleans, LA 70170-5100
504-582-8000

**CITY ATTORNEY'S OFFICE**
Brenda M. Breaux
Nannette V. Jolivette
City Hall
1300 Perdido Street, 5th Floor
New Orleans, LA 70112
504-658-4380

**COUNSEL FOR THE CITY OF NEW ORLEANS**

## **C E R T I F I C A T E**

    I hereby certify that on November 22, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all non-CM/ECF participants.

                    */s/ George C. Freeman, III*