UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| THE CITY OF NEW ORLEANS, | * | CIVIL ACTION NO. 08-3949 |
|     Plaintiff | * | |
| | * | SECTION "N" (1) |
| VERSUS | * | |
| | * | JUDGE ENGELHARDT |
| AMBAC ASSURANCE CORPORATION, | * | |
| AMBAC FINANCIAL SERVICES, LLC, | * | MAGISTRATE SHUSHAN |
| PAINEWEBBER CAPITAL SERVICES, | * | |
| INC., and UBS SECURITIES, LLC, | * | |
|     Defendants | * | |

**ORDER ON MOTION FOR RECONSIDERATION**

Considering the foregoing Motion for Leave filed by Defendants PaineWebber Capital Services, Inc. and UBS Securities LLC (collectively, the "UBS Defendants"),

IT IS HEREBY ORDERED that said motion is GRANTED and the UBS Defendants' Reply Brief in Support of the UBS Defendants' Motion for Reconsideration is deemed to be filed.

SIGNED this 14th day of December, 2010 in New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE