UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| THE CITY OF NEW ORLEANS<br>　　　　Plaintiff | * | CIVIL ACTION NO. 08-3949 |
| | * | SECTION "N" (1) |
| VERSUS | | |
| | * | JUDGE KURT D. ENGLEHARDT |
| AMBAC ASSURANCE CORPORATION,<br>AMBAC FINANCIAL SERVICES, LLC,<br>PAINEWEBBER CAPITAL<br>SERVICES, INC., AND<br>UBS SECURITIES LLC<br>　　　　Defendants | * | MAGISTRATE SALLY SHUSHAN |
| | * | |
| | * | |
| | * | |

## ORDER

Considering the foregoing Motion for Leave to File Surreply in Opposition to Defendants' Motion for Reconsideration [Rec. Doc. 112],

**IT IS ORDERED** that the Motion is GRANTED and that Plaintiff, the City of New Orleans, be and is hereby granted leave to file the attached Surreply. The Clerk is directed to file the attached Surreply into the record of these proceedings.

New Orleans, Louisiana, this 15th day of December, 2010.

_____
UNITED STATES DISTRICT JUDGE

{N2239314.1}