UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS CITY                              CIVIL ACTION

versus                                        NO: 08-3949-KDE-SS

AMBAC ASSURANCE CORPORATION, ET AL.

ORDER RESCHEDULING SETTLEMENT CONFERENCE

The settlement conference scheduled in the above-captioned case on February 1, 2011 is **RESCHEDULED** to **Tuesday, February 15, 2011 at 9:30 a.m.** before Magistrate Judge Sally Shushan, located at 500 Poydras Street, Hale Boggs Building, Room B-345, New Orleans, Louisiana.  **Prior to the conference, the plaintiff is to have made an offer and defendants a counter-offer.**  Please see attached settlement checklist.

**On or before Tuesday, February 8, 2011 at noon,** each party shall submit to the undersigned Magistrate Judge an in-camera letter/memorandum, **NO LONGER THAN THREE PAGES DOUBLE SPACED**, briefly outlining any liability dispute, the damages, the value of the case and what realistic amount the respective party would be willing to offer/accept to settle this matter.  **The letter/memorandum may be faxed directly to my chambers at 504-589-4994.  All counsel are to have access to someone with full settlement authority.**

New Orleans, Louisiana, dated January 5, 2011.

                                                                                     _____
                                                                                     **SALLY SHUSHAN**
                                                                                     **United States Magistrate Judge**

# **SETTLEMENT CONFERENCE CHECKLIST**

In order to insure a successful mediation and not risk cancellation of the settlement conference, please prepare your confidential in-camera letter/memorandum and submit it to Magistrate Judge Shushan one week prior to the settlement conference. Also, review your file and do the following prior to mediation:

Plaintiff Counsel

- Get an updated medical bill summary to defense counsel so defense counsel can forward to client/adjuster.

- Provide all new medical reports, economist reports, liability expert reports, vocational rehab reports to defense counsel so defense counsel can forward to client/adjuster.

- Bear in mind that traditionally risk managers and adjusters need time to react to new medicals, new experts, increases in medical specials, etc. Adjusters may need to talk to supervisors, send reports/info to a claims committee, etc. in order to get proper authority or an increase in authority. This takes time and if they have what they need to evaluate the case several weeks before the mediation, it enhances the chances of a successful settlement and availability of enough authority to settle the case.

Defense Counsel

- Get all updated medical bill summaries, expert reports, etc. to the client at least 2 weeks in advance of mediation so the client can obtain commensurate authority.

- If the client/adjuster will not be present, get all office and cell phone numbers. Ask client/adjuster to be available during lunch (cell phone) and after business hours if necessary.

Plaintiff and Defense Counsel

- Contact any intervenors (worker's comp, medical subrogation, etc.) in advance of mediation to lay groundwork for their cooperation. Obtain intervenor's office phone and cell phone numbers and insure they will be available during lunch and after hours if necessary.