UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| THE CITY OF NEW ORLEANS | * | CIVIL ACTION NO. 08-3949 |
| Plaintiff | | |
| | * | SECTION "N" (1) |
| VERSUS | | |
| | * | JUDGE KURT D. ENGLEHARDT |
| AMBAC ASSURANCE CORPORATION, | | |
| AMBAC FINANCIAL SERVICES, LLC | * | MAGISTRATE JUDGE SALLY SHUSHAN |
| PAINEWEBBER CAPITAL | | |
| SERVICES, INC., AND | * | |
| UBS SECURITIES LLC | | |
| Defendants | * | |

**ORDER**

**IT IS ORDERED, ADJUDGED AND DECREED** that Darryl M. Phillips, Chief Deputy City Attorney, be permitted to enroll as counsel of record for plaintiff, the City of New Orleans, in these proceedings,

**New Orleans, Louisiana,** this 12th day of January 2011

_____
**UNITED STATES DISTRICT JUDGE**