UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| THE CITY OF NEW ORLEANS<br>Plaintiff | * | CIVIL ACTION NO. 08-3949 |
| | * | SECTION "N" (1) |
| VERSUS | | |
| | * | JUDGE KURT D. ENGLEHARDT |
| AMBAC ASSURANCE CORPORATION,<br>AMBAC FINANCIAL SERVICES, LLC,<br>PAINEWEBBER CAPITAL<br>SERVICES, INC., AND<br>UBS SECURITIES LLC<br>Defendants | *<br><br><br>*<br><br>* | MAGISTRATE SALLY SHUSHAN |

**ORDER**

Considering the foregoing Motion to Withdraw Counsel filed by The City of New Orleans,

**IT IS ORDERED** that R. Patrick Vance is withdrawn as counsel for The City of New Orleans.

New Orleans, Louisiana this 31st day of January, 2011.

JUDGE

{N2256362.1}