# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **NEW ORLEANS CITY** | **CIVIL ACTION** |
| **versus** | **NO: 08-3949-KDE-SS** |
| **AMBAC ASSURANCE CORPORATION, ET AL.** | |

## ORDER

The settlement conference scheduled in the above-captioned case on **Tuesday, February 15, 2011 at 9:30 a.m.** before Magistrate Judge Sally Shushan is **CONVERTED** to a **TELEPHONE** settlement conference. The Court will initiate the conference call.

New Orleans, Louisiana, dated February 14, 2011.

_____
**SALLY SHUSHAN**
**United States Magistrate Judge**