**MINUTE ENTRY**
**SHUSHAN, M.J.**
**FEBRUARY 15, 2011**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**NEW ORLEANS CITY**                              **CIVIL ACTION**

**versus**                                        **NO: 08-3949-KDE-SS**

**AMBAC ASSURANCE CORPORATION, ET AL.**

A telephone settlement conference was held this date.

Participating:

Darryl Phillips and Robert Bieck, for plaintiff; and
Meredith Cunningham, David Woodcock and Walter Stuart, for defendants.

Settlement discussions are ongoing.

                                             _____
                                             **SALLY SHUSHAN**
                                             **United States Magistrate Judge**

```
MJSTAR:02:25
```