UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE CITY OF NEW ORLEANS | CIVIL ACTION |
| VERSUS | NO. 08-3949 |
| AMBAC ASSURANCE CORPORATION, ET AL | SECTION "N" (1) |

**ORDER**

IT IS ORDERED that the **Joint Motion to Continue Trial Date and Extend Discovery Deadlines (Rec. Doc. 143)** is **GRANTED**. The trial scheduled to commence on Monday, November 7, 2011 is **CONTINUED** to **Monday, March 19, 2012, at 8:30 a.m.** The pre-trial conference scheduled to be held on Thursday, October 20, 2011 is **CONTINUED** to **Thursday, March 8, 2012 at 9:00 a.m.** The parties' pre-trial order must be submitted to chambers no later than **Tuesday, March 6, 2012, at 4:30 p.m.** The parties shall schedule a settlement conference with the assigned Magistrate Judge to occur on or before **Friday, March 2, 2012.**

**IT IS FURTHER ORDERED** that the deadline for amendments shall not be re-opened. Counsel for Plaintiff shall re-calculate all other pre-trial deadlines in accordance with the following:

a. All pre-trial motions, including dispositive motions, shall be filed and served in sufficient time to permit hearing thereon no later than 60 days prior to the trial date. The undersigned's available hearing dates may be obtained from the Court's website, which is found at www.laed.uscourts.gov. All requests for oral argument shall be made in accordance with the Local Rules. All oppositions are due in accordance with the Local Rules. If oral argument of the motion is to be held, any reply memoranda must be submitted to the Court and opposing counsel no later than 12:00 p.m. on the Friday

before the Wednesday hearing date.

b. All motions in limine shall be filed no later than the <u>day that the pre-trial order is due</u>.

c. Depositions for use at trial shall be taken and all discovery shall be completed no later than 60 days prior to <u>trial</u> date.

d. Plaintiff's expert reports shall be exchanged no later than 120 days prior to the <u>final pre-trial conference</u>.

e. Defendant's expert reports shall be exchanged no later than 90 days prior to the <u>final pre-trial conference</u>.

f. Exhibit and witness lists shall be filed and exchanged no later than 90 days prior to the <u>final pre-trial conference</u>.

Plaintiff's counsel shall circulate these deadlines to all other counsel. A copy of the new, agreed-upon deadlines shall be provided to the Court and filed into the record of this matter no later than **<u>Wednesday, May 25, 2011.</u>** The Court is to be notified promptly of any disputes regarding the applicable dates. If, after these new deadlines are filed into the record, any party believes an extension of one or more of these deadlines to be necessary, that party is instructed to file a motion requesting an extension and setting forth the reasons for the extension request. The motion must also state whether there is opposition to the relief sought therein.

New Orleans, Louisiana, this 20th of May, 2011.

_____
**KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE**