# Vinson&Elkins

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2011 MAY 23 PM 12: 11

LORETTA G. WHYTE
CLERK

Paul S. Maco  pmaco@velaw.com
Tel 202.639.6705  Fax 202.879.8905

May 18, 2011

ATTORNEY INFO CLERK
Room C-151
500 Poydras Street
New Orleans, LA 70130

Re:  Attorney Change of Address

Dear Sir or Madam:

I am an attorney who has been granted admission to the U.S. District Court for the Eastern District of Louisiana pro hac vice to represent Defendants PaineWebber Capital Services, Inc. and UBS Securities LLC in the following case: *The City of New Orleans v. Ambac Assurance Corporation, et al.*, Civil Action No. 08-3949 Section "N" (1) before The Honorable Judge Engelhardt.

This letter is to notify the Court of a change to my business address effective May 16, 2011, as follows:

Old Address:  Vinson & Elkins LLP
1455 Pennsylvania Ave., NW
Washington, DC 20004

New Address:  Vinson & Elkins LLP
2200 Pennsylvania Ave., NW
Washington, DC 20037

My email and phone numbers remain unchanged.

Sincerely,

Paul S. Maco

US 893053v.1

___ Fee ___
___ Process ___
_x_ Dktd ___
___ CtRmDep ___
___ Doc. No ___

Vinson & Elkins LLP  Attorneys at Law
Abu Dhabi Austin Beijing Dallas Dubai Hong Kong Houston London
Moscow New York Palo Alto Riyadh Shanghai Tokyo Washington

2200 Pennsylvania Avenue NW, Suite 500 West
Washington, DC 20037-1701
Tel +1.202.639.6500  Fax +1.202.639.6604  www.velaw.com