# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE CITY OF NEW ORLEANS, | |
| *Plaintiff*, | Civil Action No. 08-3949-KDE-SS |
| v. | |
| AMBAC ASSURANCE CORPORATION, et al., | JUDGE KURT D. ENGELHARDT |
| | MAGISTRATE: SALLY SHUSHAN |
| *Defendants*. | SECTION: N |
| | DIVISION: 1 |

## AMENDED SCHEDULING ORDER

The following is the amended Scheduling Order in light of the Trial Date continuance granted by this Court on May 20, 2011,

IT IS HEREBY ORDERED that the Scheduling Order in the above referenced matter be amended as follows:

1. A preliminary conference was held on November 30, 2010. Participating were:

    a. For Plaintiff: Robert Bieck, Jr.

    b. For Defendant: David Woodcock, Jr., Kenneth Held, Meredith Cunningham, Walter Stuart, IV

2. Jurisdiction and venue are established.

3. Pleadings are complete.

4. The deadline for amendments shall not be re-opened.

5. All pre-trial motions, including dispositive motions, shall be filed and served in sufficient time to permit hearing thereon no later than **Thursday, January 19, 2012** (60 days prior to the Trial Date). Any motions filed in violation of this order shall be deemed waived unless good cause is shown.

6. All motions in limine shall be filed not later than the day the pre-trial order is due (**Tuesday, March 6, 2012 at 4:30 p.m.**).

7. All oppositions to motions are due in accordance with Local Rule 7.5E.

8. Requests for oral argument shall be submitted and handled in accordance with Local Rule 78.1E. Any applicable reply memoranda must be submitted to the Court and opposing counsel no later than 12:00 p.m. on the Friday before the Wednesday hearing date.

9. Counsel shall complete all disclosure of information as follows:

    a. All parties have stipulated that initial disclosures pursuant to FED. R. CIV. P. 26(a)(1) will *not* be conducted in this case.

    b. Depositions for use at trial shall be taken and all discovery shall be completed no later than **Thursday, January 19, 2012** (60 days prior to the Trial Date).

    c. Counsel adding new parties subsequent to the mailing of this Notice shall serve on each new party a copy of this Minute Entry. Pleadings responsive thereto, when required, shall be filed within the applicable delays.

    d. Written reports of experts, as defined by Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for plaintiff and fully set forth all matter about which they will testify and the basis therefor shall be exchanged no later than **Wednesday, November 9, 2011** (120 days prior to the final pre-trial conference).

e. Written reports of experts, as defined by Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for defendants and fully setting forth all matter about which they will testify and the basis therefor shall be exchanged no later than **Friday, December 9, 2011** (90 days prior to the final pre-trial conference).

f. Exhibit and witness lists shall be filed and exchanged no later than **Friday, December 9, 2011** (90 days prior to the final pre-trial conference).

10. The Court will not permit any witness, expert or fact, to testify or any exhibits to be used at trial unless there has been compliance with this Minute Entry, nor without an order to do so issued on motion for good cause shown.

11. A settlement conference was held on February 15, 2011. A further settlement conference will be scheduled at any time at the request of any party.

12. A final pre-trial conference will be held before the District Judge on **Thursday, March 8, 2012 at 9:00 a.m.** Counsel will be prepared in accordance with the final Pre-Trial Notice attached to the original scheduling order filed by defendants on December 2, 2010 DK 117-1.

13. The Pre-Trial Order must be submitted to the Court no later than **Tuesday, March 6, 2012 at 4:30 p.m.** and must be double spaced, paginated, and signed by all counsel.

14. Trial will commence during the week beginning **Monday, March 19, 2012 at 8:30am**, before the District Judge *without* a jury. Attorneys are instructed to report for trial no later than 30 minutes prior to this time. The starting time on the first day of a jury trial may be delayed or moved up because of jury pooling. Trial is estimated to last *two weeks*.

15. Deadlines, cut-off dates, or other limits fixed herein may only be extended by the Court upon timely motion filed in compliance with the Plan and Local Rules and upon a showing of good cause. Trial will not be continued, even on joint motion, absent good cause or compelling reason. If, however, a continuance is granted, deadlines and cut-off dates will not be extended automatically, unless otherwise ordered by the Court.

16. It shall be assumed that all attorneys listed as counsel of record are, at all times, informed and conversant about the case, and have authority to discuss the matter with the Court.

17. No cell phones, pagers, beepers, or audible communication devices are allowed in Section "N" courtroom and chambers. Any audible communication devices brought into Section "N" courtroom or chambers are subject to permanent confiscation, and/or sanction of the violator of this policy. You may turn such devices in to Susan Adams, judicial assistant in Section "N," upon arriving, and pick them up when you have completed business in Section "N."

18. All communication with Court staff is equivalent to communication directly with the undersigned, and shall be courteous and professional. Any conduct toward Court staff in deviation of this standard shall be promptly reported to the undersigned.

19. Counsel are instructed to include their fax numbers and email addresses on any documents that are filed with this Court.

New Orleans, Louisiana, this __25th__ day of May, 2011.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

CLERK TO FORWARD COPY TO MAGISTRATE JUDGE