UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| THE CITY OF NEW ORLEANS, | * | CIVIL ACTION NO. 08-3949 |
| Plaintiff | * | |
| | * | SECTION "N" (1) |
| VS | * | |
| | * | JUDGE ENGELHARDT |
| AMBAC ASSURANCE CORPORATION, | * | |
| ET AL., | * | MAGISTRATE SHUSHAN |
| Defendants | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion to Withdraw Counsel filed by UBS Securities, LLC and Painewebber Capital Services, Inc.,

**IT IS ORDERED** that Douglas Geyser is withdrawn as counsel for UBS Securities, LLC and Painewebber Capital Services, Inc.

New Orleans, Louisiana this  3rd  day of June, 2011.

_____
JUDGE