UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| THE CITY OF NEW ORLEANS, | * | CIVIL ACTION NO. 08-3949 |
| Plaintiff | * | |
| | * | SECTION "N" (1) |
| VS | * | |
| | * | JUDGE ENGELHARDT |
| AMBAC ASSURANCE CORPORATION, | * | |
| ET AL., | * | MAGISTRATE SHUSHAN |
| Defendants | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Application for Admission *Pro Hac Vice* as Co-Counsel for Defendants PaineWebber Capital Services, Inc. and UBS Securities LLC;

**IT IS ORDERED** that the Motion is hereby granted and that Alithea Sullivan be and hereby is admitted *pro hac vice* to appear as co-counsel for Defendants PaineWebber Capital Services, Inc. and UBS Securities LLC.

New Orleans, Louisiana, this the 14th day of June, 2011.

_____
UNITED STATES DISTRICT JUDGE