IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| THE CITY OF NEW ORLEANS, § | | |
| § | Civil Action No. 08-3949 | |
| *Plaintiff,* § | | |
| § | Section "N" (1) | |
| v. § | | |
| § | Judge Kurt D. Engelhardt | |
| AMBAC ASSURANCE CORPORATION, § | Magistrate Judge Sally Shushan | |
| et al., § | | |
| § | | |
| *Defendants.* § | | |

**MOTION BY UBS SECURITIES, LLC
AND PAINEWEBBER CAPITAL SERVICES, INC
TO COMPEL DISCOVERY**

Defendants UBS Securities, LLC and PaineWebber Capital Services, Inc. (collectively, "Defendants") respectfully move this Court to compel the City of New Orleans ("Plaintiff") to produce all documents withheld or redacted as privileged, or that are otherwise in its possession, custody, or control, that concern the advice the City was provided about the alleged misrepresentations and omissions set forth in Paragraph 163 of Plaintiff's Second Amended Complaint.  Defendants further respectfully move this Court to compel Plaintiff to provide testimony on Topics 3, 4, 10, 11, and 13, set forth in Defendants' Second Amended Notice of Rule 30(b)(6) Deposition, to the extent it concerns the alleged misrepresentations and omissions set forth in Paragraph 163 of Plaintiff's Second Amended Complaint.  Defendants further respectfully move this Court to order Plaintiff not to instruct non-party Meredith Hathorn, or any of Plaintiff's other advisors, not to answer questions on advice the City was provided concerning the alleged misrepresentations and omissions set forth in Paragraph 163 of Plaintiff's Second Amended Complaint on the basis of privilege. For the reasons set forth more fully in the accompanying memorandum, Defendants' motion should be granted.

**WHEREFORE**, Defendants pray that their motion be granted and that Plaintiff be compelled to produce the documents and testify as to the named subjects, and that Plaintiff be ordered not to instruct its advisors not to answer questions on these same subjects.

Respectfully submitted,

*/s/ Meredith A. Cunningham*
**BARRASSO, USDIN, KUPPERMAN, FREEMAN & SARVER, LLC**
George C. Freeman, III, Louisiana Bar No. 14272
Stephen H. Kupperman, Louisiana Bar No. 17890
Meredith Cunningham, Louisiana Bar No. 26465
909 Poydras Street, Suite 2400
New Orleans, LA 70112
504-589-9700

**FRESHFIELDS BRUCKHAUS DERINGER US LLP**
Walter B. Stuart, Louisiana Bar No. 12551
520 Madison Avenue, 34th Floor
New York, NY 10022
212-230-4650

**VINSON & ELKINS LLP**
David R. Woodcock, Jr.
The Terrace 7
2801 Via Fortuna Drive
Austin, TX 78746
512-542-8637

**VINSON & ELKINS LLP**
Kenneth P. Held
First City Tower
1001 Fannin Street
Suite 2500
Houston, TX 77002-6760
713-758-4353

**COUNSEL FOR UBS SECURITIES, LLC AND PAINEWEBBER CAPITAL SERVICES, INC.**

## **C E R T I F I C A T E**

I hereby certify that on July 12, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.  I further certify that a true and correct copy of the foregoing has been personally served by hand delivery on the following counsel of record on this 12th day of July, 2011:  (i) Robert B. Bieck , Jr., Erin E. Gilson, Avione Pichon, JONES WALKER, Place St. Charles, 201 St. Charles Ave., Suite 5100, New Orleans, LA 70170-5100; and (ii) Brenda M. Breaux, Nannette V. Jolivette, CITY ATTORNEY'S OFFICE, City Hall, 1300 Perdido Street, 5th Floor, New Orleans, LA 70112; and I mailed the foregoing document and the notice of electronic filing by first-class mail to all non-CM/ECF participants..

                                                                                  */s/ Meredith A. Cunningham*