IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| THE CITY OF NEW ORLEANS, | § § | Civil Action No. 08-3949 |
| *Plaintiff,* | § § | |
| v. | § § | Section "N" (1) |
| | § | Judge Kurt D. Engelhardt |
| AMBAC ASSURANCE CORPORATION, et al., | § § | Magistrate Judge Sally Shushan |
| | § | |
| *Defendants.* | § | |

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for UBS and PWCSI has complied with the meet and confer requirements under Federal Rule of Civil Procedure 37(a)(1)  The present motion to compel discovery opposed.  Counsel for the parties conducted by telephone a conference on June 27, 2011 at 10:00 a.m. CST.  The conference included Robert Bieck and Erin Gilson for the City, and David Woodcock, Alithea Sullivan, and Amy Tankersley for UBS and PWCSI.  No agreement could be reached on the matters set forth in this Motion to Compel.

Respectfully submitted,

*/s/ Meredith A. Cunningham*
**BARRASSO, USDIN, KUPPERMAN, FREEMAN & SARVER, LLC**
George C. Freeman, III, Louisiana Bar No. 14272
Stephen H. Kupperman, Louisiana Bar No. 17890
Meredith Cunningham, Louisiana Bar No. 26465
909 Poydras Street, Suite 2400
New Orleans, LA 70112
504-589-9700

**FRESHFIELDS BRUCKHAUS DERINGER US LLP**
Walter B. Stuart, Louisiana Bar No. 12551
520 Madison Avenue, 34th Floor
New York, NY 10022
212-230-4650

**VINSON & ELKINS LLP**
David R. Woodcock, Jr.
The Terrace 7
2801 Via Fortuna Drive
Austin, TX 78746
512-542-8637

**VINSON & ELKINS LLP**
Kenneth P. Held
First City Tower
1001 Fannin Street
Suite 2500
Houston, TX 77002-6760
713-758-4353

**COUNSEL FOR UBS SECURITIES, LLC AND PAINEWEBBER CAPITAL SERVICES, INC.**

**C E R T I F I C A T E**

I hereby certify that on July 12, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.  I further certify that a true and correct copy of the foregoing has been personally served by hand delivery on the following counsel of record on this 12th day of July, 2011:  (i) Robert B. Bieck , Jr., Erin E. Gilson, Avione Pichon, JONES WALKER, Place St. Charles, 201 St. Charles Ave., Suite 5100, New Orleans, LA 70170-5100; and (ii) Brenda M. Breaux, Nannette V. Jolivette, CITY ATTORNEY'S OFFICE, City Hall, 1300 Perdido Street, 5th Floor, New Orleans, LA 70112; and I mailed the foregoing document and the notice of electronic filing by first-class mail to all non-CM/ECF participants..

　　　　　　　　　　　　　　　　　　　　　　 */s/ Meredith A. Cunningham*