# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| THE CITY OF NEW ORLEANS, | § | Civil Action No. 08-3949 |
| | § | |
| *Plaintiff,* | § | |
| | § | Section "N" (1) |
| v. | § | |
| | § | Judge Kurt D. Engelhardt |
| AMBAC ASSURANCE CORPORATION, | § | Magistrate Judge Sally Shushan |
| et al., | § | |
| | § | |
| *Defendants.* | § | |

## <u>ORDER</u>

Considering the above and foregoing Request for Oral Argument on Defendants

UBS Securities, LLC and PaineWebber Capital Services, Inc.'s Motion to Compel Discovery,

**IT IS ORDERED** that telephonic oral argument is scheduled on the above

Motion before the Honorable Sally Shushan, United States Magistrate Judge for the Eastern

District of Louisiana, United States District Courthouse, 500 Camp Street, New Orleans,

Louisiana on July 27, 2011 at 9:30 a.m.

**DENIED**

New Orleans, Louisiana, this ___13th___ day of July, 2011.



The motion is set for hearing
on the BRIEFS ONLY
(no oral argument).

_____
U.S. Magistrate Judge