## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

THE CITY OF NEW ORLEANS,                    §
                                            §        Civil Action No. 08-3949
    *Plaintiff,*                          §
                                            §
                                            §        Section "N" (1)
v.                                          §
                                            §        Judge Kurt D. Engelhardt
                                            §
AMBAC ASSURANCE CORPORATION,                §        Magistrate Judge Sally Shushan
et al.,                                     §
                                            §
    *Defendants.*                         §

## ORDER ON MOTION FOR LEAVE TO FILE REPLY
## IN SUPPORT OF MOTION TO COMPEL

    Considering the foregoing Motion for Leave to File to a Reply Memorandum in Support

of Their Motion to Compel filed by Defendants UBS Securities, LLC and PaineWebber Capital

Services, Inc., it is ordered the Motion for Leave to File Reply be and hereby is GRANTED:



    SIGNED this 26th day of _____July_____, 2011 in New Orleans, Louisiana.


                             _____
                             UNITED STATES MAGISTRATE JUDGE