UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| THE CITY OF NEW ORLEANS<br>Plaintiff | * | CIVIL ACTION NO. 08-3949 |
| | * | SECTION "N" (1) |
| VERSUS | | |
| | * | JUDGE KURT D. ENGLEHARDT |
| AMBAC ASSURANCE CORPORATION,<br>AMBAC FINANCIAL SERVICES, LLC,<br>PAINEWEBBER CAPITAL<br>SERVICES, INC., AND<br>UBS SECURITIES LLC<br>Defendants | * | MAGISTRATE SALLY SHUSHAN |
| | * | |
| | * | |

**ORDER**

Considering the foregoing *Motion to Withdraw and Substitute Counsel* filed by The City of New Orleans,

**IT IS ORDERED** that Nannette Jolivette-Brown and Darryl Phillips be withdrawn as counsel for The City of New Orleans, and Erica N. Beck be added as counsel.

New Orleans, Louisiana this 6th day of September, 2011.

_____
JUDGE

{N2330923.1}