IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| THE CITY OF NEW ORLEANS, | * | |
| | * | Civil Action No. 08-3949-KDE-SS |
| *Plaintiff,* | * | |
| | * | |
| v. | * | JUDGE KURT D. ENGELHARDT |
| | * | |
| AMBAC ASSURANCE CORPORATION, et al., | * | MAGISTRATE: SALL SHUSAN |
| | * | SECTION:   N |
| *Defendants.* | * | |
| | * | DIVISION:   1 |
| | * | |

## ORDER

Considering the foregoing Motion to Withdraw Counsel filed by UBS Securities, LLC and Painewebber Capital Services, Inc.,

**IT IS ORDERED** that the motion is GRANTED and that David R. Woodcock, Jr. be withdrawn as counsel of record for UBS Securities, LLC and Painewebber Capital Services, Inc.

New Orleans, Louisiana this 23rd day of September, 2011.

_____
JUDGE