MINUTE ENTRY
ENGELHARDT, J.
October 13, 2011

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE CITY OF NEW ORLEANS | CIVIL ACTION |
| VERSUS | NO. 08-3949 |
| AMBAC ASSURANCE CORPORATION, ET AL | SECTION "N" (1) |

     A telephone conference was conducted on Thursday, October 13, 2011, at 11:00 a.m. Participating were Robert B. Bieck, Jr., Brenda M. Breaux and Erica N. Beck, counsel for plaintiff, The City of New Orleans; and Walter B. Stuart, IV, Kenneth P. Held and Meredith A. Cunningham, counsel for defendants, UBS Securities, LLC and Painewebber Capital Services, Inc.

JS10(00:15)