# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE CITY OF NEW ORLEANS | CIVIL ACTION |
| VERSUS | NO. 08-3949 |
| AMBAC ASSURANCE CORPORATION, ET AL | SECTION "N" (1) |

## ORDER

Considering the foregoing *Joint Motion For Administrative Closure* (Rec. Doc. 169),

**IT IS HEREBY ORDERED** that the *Joint Motion for Administrative Closure* is GRANTED, and that the above-captioned case be administratively closed for 180 days beginning on the date of the entry of this Order.

**IT IS FURTHER ORDERED** that either Plaintiff, the City of New Orleans, or Defendants, UBS Securities, LLC and Painewebber Capital Services, Inc., may move to reopen the case either: (i) at any time for good cause shown; or (ii) at the expiration of the 180 day administrative closure if there is no settlement.

**IT IS FURTHER ORDERED** that the parties, through the City's lead counsel, are required to report in writing to the Court the status of settlement efforts every 60 days during the 180 day administrative closure.

Signed this __19th__ day of __October__, 2011, New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE

{N2370671.1}