MINUTE ENTRY
SHUSHAN, M.J.
OCTOBER 31, 2011

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **NEW ORLEANS CITY** | **CIVIL ACTION** |
| versus | **NO: 08-3949-KDE-SS** |
| **AMBAC ASSURANCE CORPORATION, ET AL.** | |

  Following settlement discussions, the parties advised they are unable to negotiate a settlement of the case at this time.

                     _____
                     **SALLY SHUSHAN**
                     **United States Magistrate Judge**

```
MJSTAR: 01:25
```