IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| THE CITY OF NEW ORLEANS, | * | |
| | * | |
| *Plaintiff,* | * | |
| | * | Civil Action No. 08-3949-KDE-SS |
| v. | * | |
| | * | JUDGE KURT D. ENGELHARDT |
| AMBAC ASSURANCE CORPORATION, | * | |
| et al., | * | MAGISTRATE: SALLY SHUSHAN |
| | * | |
| *Defendants.* | * | SECTION:   N |
| | * | |
| | * | DIVISION:   1 |
| | * | |

## ORDER

Considering the foregoing *Ex Parte Motion to Withdraw as Counsel of Record*,

**IT IS HEREBY ORDERED** that Robert B. Bieck, Erin E. Gilson and Avione B. Pichon be withdrawn as counsel of record for the Plaintiff the City of New Orleans.

New Orleans, Louisiana, this __16th__ day of ____December____, 2011.

_____
UNITED STATES DISTRICT JUDGE

{N2396609.1}