UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE CITY OF NEW ORLEANS | CIVIL ACTION |
| VERSUS | NO.  08cv3949 |
| AMBAC ASSURANCE CORP.,<br>            *ET AL.* | SECTION "N"  (2) |

### O R D E R

**IT IS ORDERED** that the Defendant's request for oral argument (**Rec. Doc. 253**) regarding Defendant's Motion for Summary Judgment (Rec. Doc. 252), which is noticed for hearing on January 16, 2015, is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the Oral argument shall *not* be held on the special setting date of Friday, January 16, 2015.  The Court tentatively sets oral argument for **Wednesday, January 21, 2015** at 10:00 a.m. The Court hereby further advises and puts the parties on notice that, given the federal holiday on Monday, January 19, 2015 and the amount of materials submitted in connection with this motion, the Court may be required to move the hearing to Wednesday, February 11, 2015 at 9:00 a.m., and counsel are thus advised to reserve that date and time on their calendars as an alternative.  Unless otherwise advised by the Court, however, oral argument will occur on January 21st.

New Orleans, Louisiana, this 15th day of January 2015.

**KURT D. ENGELHARDT**
**United States District Judge**