IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE CITY OF NEW ORLEANS, § | |
| § | |
| Plaintiff, § | CIVIL ACTION NO. 08-3949-KDE-SS |
| v. § | |
| § | SECTION "N" (1) |
| AMBAC ASSURANCE CORPORATION, § | |
| AMBAC FINANCIAL SERVICES, LLC, § | JUDGE KURT D. ENGELHARDT |
| PAINEWEBBER CAPITAL SERVICES, § | |
| INC., AND UBS SECURITIES LLC, § | MAGISTRATE JUDGE |
| § | SALLY SHUSHAN |
| Defendants. § | |

## ORDER

Considering the foregoing Motion for Leave to Exceed Page Limit by Defendants UBS Securities, LLC and PaineWebber Capital Services, Inc. (collectively, "Defendants"), solely with respect to their Reply in Support of Their Motion for Summary Judgment,

**IT IS HEREBY ORDERED** that Defendants' Motion for Leave to Exceed Page Limit is **GRANTED**. Defendants' Reply in Support of Their Motion for Summary Judgment will be limited to twenty-five (25) pages.

New Orleans, Louisiana, this  15th   day of January, 2015.

_____
KURT ENGELHARDT, U.S. DISTRICT JUDGE

1