IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **THE CITY OF NEW ORLEANS,** § | |
| § | |
| *Plaintiff,* § | CIVIL ACTION NO. 08-3949-KDE-SS |
| **v.** § | |
| § | SECTION "N" (1) |
| **AMBAC ASSURANCE CORPORATION,** § | |
| **AMBAC FINANCIAL SERVICES, LLC,** § | JUDGE KURT D. ENGELHARDT |
| **PAINEWEBBER CAPITAL SERVICES,** § | |
| **INC., AND UBS SECURITIES LLC,** § | MAGISTRATE JUDGE |
| § | SALLY SHUSHAN |
| *Defendants*. § | |

### EX PARTE MOTION FOR LEAVE TO FILE A REPLY
### IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

**NOW INTO COURT**, through undersigned counsel, come Defendants UBS Securities, LLC and PaineWebber Capital Services, Inc. (collectively "Defendants"), who respectfully submit this Motion for Leave to File a Reply in Support of Defendants' Motion for Summary Judgment.

A Reply memorandum is necessary to respond to issues raised in the opposition recently filed by the City of New Orleans ("City'). Defendants respectfully submit that its proposed Reply will assist the Court in analyzing some of the new issues raised in the City's opposition and determine the appropriate relief to grant Defendants.

**WHEREFORE**, Defendants respectfully move this Honorable Court for leave to file the attached Reply in Support of Their Motion for Summary Judgment.

1

Respectfully submitted,

*/s/ Amy Tankersley*

_____

**BARRASSO, USDIN, KUPPERMAN, FREEMAN & SARVER, LLC**
George C. Freeman, III
Andrew J. Graeve
909 Poydras Street, Suite 2400
New Orleans, LA 70112
Telephone: 504-589-9700
Facsimile: 504-589-9932
gfreeman@barrassousdin.com
agraeve@barrassousdin.com

**VINSON & ELKINS LLP**
Walter Stuart
Jason Powers (*Pro Hac Vice*)
First City Tower
1001 Fannin Street
Suite 2500
Houston, TX 77002-6760
Telephone: 713-758-1086
Facsimile: 713-615-5018
wstuart@velaw.com
jpowers@velaw.com

**VINSON & ELKINS LLP**
Amy Tankersley (*Pro Hac Vice*)
2001 Ross Avenue
Suite 3700
Dallas, TX 75201
Telephone: 214-220-7817
Facsimile: 214-999-7817
atankersley@velaw.com

**COUNSEL FOR UBS SECURITIES, LLC AND PAINEWEBBER CAPITAL SERVICES, INC.**

**CERTIFICATE**

      I hereby certify that on this 15th day of January, 2015, I served a true and correct copy of the foregoing upon all counsel as listed below through the Court's electronic case filing system:

| | |
|---|---|
| James R. Swanson | Gladstone N. Jones |
| Jason W. Burge | Harvey S. Bartlett III |
| Rebecca Sha | Catherine E. Lasky |
| FISHMAN HAYGOOD PHELPS WALMSLEY | Kerry A. Murphy |
| WILLIS & SWANSON, L.L.P. | JONES, SWANSON, HUDDELL & GARRISON, L.L.C. |
| 201 St. Charles Avenue, 46th Floor | 601 Poydras Street, Suite 2655 |
| New Orleans, Louisiana 70170-4600 | New Orleans, Louisiana 70130 |
| jswanson@fishmanhaygood.com | gjones@jonesswanson.com |
| jburge@fishmanhaygood.com | tsbartlett@jonesswanson.com |
| rsha@fishmanhaygood.com | klasky@jonesswanson.com |
| | kmurphy@jonesswanson.com |

Alexandra E. Mora
Walter Wolf
LAW OFFICE OF ALEXANDRA MORA
322 Lafayette Street
New Orleans, Louisiana 70130
amora@alexmora.com
walterwolf.law@gmail.com

                                            */s/ Amy Tankersley*

                                            Amy Tankersley