IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **THE CITY OF NEW ORLEANS,** § | |
| § | |
| *Plaintiff,* § | **CIVIL ACTION NO. 08-3949-KDE-SS** |
| **v.** § | |
| § | **SECTION "N" (1)** |
| **AMBAC ASSURANCE CORPORATION,** § | |
| **AMBAC FINANCIAL SERVICES, LLC,** § | **JUDGE KURT D. ENGELHARDT** |
| **PAINEWEBBER CAPITAL SERVICES,** § | |
| **INC., AND UBS SECURITIES LLC,** § | **MAGISTRATE JUDGE** |
| § | **SALLY SHUSHAN** |
| *Defendants*. § | |

## ORDER

Considering the foregoing Motion for Leave to File a Reply in Support of Defendants' Motion for Summary Judgment;

**IT IS ORDERED** that Defendants' motion is **GRANTED**, and that Defendants are granted leave to file the Reply in Support of Defendants' Motion for Summary Judgment.

New Orleans, Louisiana, this ___ day of January, 2015.

_____
HONORABLE KURT D. ENGELHARDT