UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE CITY OF NEW ORLEANS | CIVIL ACTION |
| VERSUS | NO. 08-3949 |
| AMBAC ASSURANCE CORPORATION, ET AL | SECTION "N" (1) |

## **ORDER AND REASONS**

Before the Court are Plaintiff's objections to the Defendant's exhibits (Rec. Doc. 348), to which the Defendant PaineWebber Capital Services, Inc. ("PWCSI") responded (Rec. Doc. 352). The Court rules on these objections accordingly:

The objections to Trial Exhibits 522, 523, 524 and 525 are **REFERRED TO TRIAL** at which time the Court will be in a better position to determine relevancy, assuming a proper foundation can be established for the admissibility of these exhibits.

The objections to Trial Exhibits 526, 527, 528, 530 and 536 are **MOOT**, in light of Defendant's representation that these exhibits have been withdrawn.

The objections to Trial Exhibits 529, 531, 535 and 540 are **SUSTAINED**.

The objection to Trial Exhibit 532 is **SUSTAINED**, as this objection was not opposed.

The objections to Trial Exhibits 533, 534, 537, 538 and 539 are **REFERRED TO TRIAL**.

The objections to Trial Exhibits 541 and 542 are **OVERRULED**.

New Orleans, Louisiana, this 25th day of February 2015.

_____
**KURT D. ENGELHARDT**
**United States District Judge**

2