UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE CITY OF NEW ORLEANS | CIVIL ACTION |
| VERSUS | NO. 08-3949 |
| AMBAC ASSURANCE CORPORATION, ET AL | SECTION "N" (1) |

## **ORDER AND REASONS**

Before the Court are Defendant's objections to the Plaintiff's exhibits (Rec. Doc. 347), to which the Plaintiff City of New Orleans ("City") responded (Rec. Doc. 355). The Court rules on these objections accordingly:

As a general matter, the Court **SUSTAINS** the objection to documentary evidence relating solely to the fraudulent inducement or negligent misrepresentation claims which have been previously dismissed by the Court.

The Court **OVERRULES** the Defendant's objections to Trial Exhibits 489, 491, 502, 503, 504, 505, 506 and 507.

The Court **SUSTAINS** the Defendant's objections to Trial Exhibits 490, 497, 500-01, 508-512, 513-515, 516-520 and 521.

1

The Court **REFERS TO TRIAL** the Defendant's objections to Trial Exhibits 492-496 and 499, at which time the Court can evaluate relevance of these exhibits, assuming a proper foundation is laid for their admission otherwise.

New Orleans, Louisiana, this 25th day of February 2015.

_____
**KURT D. ENGELHARDT**
**United States District Judge**