UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE CITY OF NEW ORLEANS | CIVIL ACTION |
| VERSUS | NO. 08-3949 |
| AMBAC ASSURANCE CORPORATION, ET AL | SECTION "N" (1) |

## **ORDER AND REASONS**

Before the Court are pretrial objections by Plaintiff City of New Orleans ("City")(Rec. Doc. 362) to certain designated portions of deposition testimony to be offered at trial. The Court rules as follows:

### I. <u>Norman Foster</u>

The objection to the testimony at Page 59:16 through Page 60:9 is **SUSTAINED**; the objection to the testimony at Page 90:18 through Page 91:23 is **SUSTAINED** in light of the parties' stipulation; the objection to the testimony at Pages 114 through Page 115:9 is **OVERRULED**; the objection to the testimony at Page 165:13 through Page 169:2 is **SUSTAINED** as to Page 167:1 through Page 169:2, and is otherwise **OVERRULED**; the objection to the testimony at Page 131:21 through Page 136:9 is **OVERRULED**; and the objection to the testimony at Page 136:3-9 is **SUSTAINED**.

1

### II. <u>Bruce Mattaway</u>

The objection to the testimony at Page 70:5 through Page 71:6 is **OVERRULED**.

### III. <u>Marlin Gusman</u>

The objection to the testimony at Page 131:21 through Page 136:9 is **OVERRULED**; and the objection to the testimony at Page 136:3-9 is **SUSTAINED**.

### IV. <u>Jeff Pearsall</u>

The objection to the testimony at Page 110:18 through Page 111:2 is **OVERRULED**; the objection to the testimony at Page 122:4-8 is **OVERRULED**; the objection to the testimony at Pages 128:10-21 is **SUSTAINED** as to Page 128:10-13, **OVERRULED** as to Page 128:16-21; the objection to the testimony at Page 149:5-16 is **OVERRULED**; the objection to the testimony at Page 152:4-8 is **OVERRULED**; and the objection to the testimony at Page 152:9 through Page 153:6 is **OVERRULED**.

### V. <u>John Tsigakos</u>

The objection to the testimony at Page 57:4-10 is **OVERRULED**; the objection to the testimony at Page 69:25 through Page 71:4 is **OVERRULED**; and the objection to the testimony at Page 76:15 through Page 77:10 is **SUSTAINED**.

New Orleans, Louisiana, this 27th day of February 2015.

_____
**KURT D. ENGELHARDT**
**United States District Judge**