## APPENDIX C-2

*PLAINTIFF'S EXHIBITS OBJECTED TO BY DEFENDANT*

| Trial Ex. | PEX | Date | Document Description | Deposition Exhibit Number | Beginning Bates Number | Ending Bates Number | Defendant's Objection |
|---|---|---|---|---|---|---|---|
| 489 | 65 | 10/11/2000 | Email from Milton Brown to internal PaineWebber group | BROWN 029 | UBS-CNO 0005178 | UBS-CNO 0005178 | Specific Purpose Objection: Defendants object to the City's use of this document as evidence of or relating to its excluded swap pricing allegation. |
| 490 | 92 | 11/1/2000 | Module 2 : Basic Swap Applications | BROWN 036 | UBS-CNO 0008782 | UBS-CNO 0008811 | Relevance |
| 491 | 175 | 12/31/2003 | Prime Asset Consulting Asset Allocation of Board of City Trust | | JW-Foley-June-000253 | JW-Foley-June-000253 | Specific Purpose Objection: Rate of Return exclusion |
| 492 | 277 | 5/2/2008 | Letter from Penya Moses-Fields to Ambac Financial Services and UBS AG | | AMBAC00001534 | AMBAC00001537 | Relevance |
| 493 | 278 | 5/7/2008 | Letter from King & Spalding to Robert Bieck | | AMBAC00000786 | AMBAC00000787 | Relevance |
| 494 | 280 | 5/27/2008 | Letter from Robert Bieck to Floyd Newton | | AMBAC00001983 | AMBAC00001986 | Relevance |
| 495 | 281 | 5/30/2008 | Letter from Richard Marooney to Robert Bieck | | AMBAC00001987 | AMBAC00001988 | Relevance |
| 496 | 282 | 6/5/2008 | Letter from Robert Bieck to Richard Marooney | | AMBAC00000939 | AMBAC00000940 | Relevance |

| 497 | 297 | 12/9/2010 | Criminal Indictment of Peter Ghavami et. al. | AMBRISTER 017 | | | Relevance -- *See also* Ghavami motion *in limine* for full objection |
|---|---|---|---|---|---|---|---|
| 498 | 363 | 10/31/2014 | Expert Report of Mike Bartolotta | BARTOLOTTA 001 | | | Hearsay – Expert report of Plaintiff; Defendants reserving rights to use for cross-examination and /or impeachment |
| 499 | 369 | | A Reference Guide to Municipal Finance Derivatives | | UBS-CNO 0008611 | UBS-CNO 0008781 | Relevance – Post-issuance document from UBS (not PaineWebber) |
| 500 | 370 | | Risk Considerations | | UBS-CNO 0009955 | UBS-CNO 0009957 | Relevance – Post-issuance document from UBS (not PaineWebber) |
| 501 | 371 | | Disclosures | | UBS-CNO 0010084 | UBS-CNO 0010085 | Relevance – Post-issuance document from UBS (not PaineWebber) |
| 502 | 374 | | Official Statement of Philadelphia Series 1999A | AMBRISTER 005 | | | Specific Purpose Objection: Excluded "novelty allegation." |
| 503 | 375 | | Official Statement County of Fresno Series 1998 | AMBRISTER 006 | | | Specific Purpose Objection: Excluded "novelty allegation." |
| 504 | 376 | | School District of Denver Series 1997 | AMBRISTER 007 | | | Specific Purpose Objection: Excluded "novelty allegation." |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 505 | 377 | | City of Oakland Series 1997 | AMBRISTER 008 | | | Specific Purpose Objection: Excluded "novelty allegation." |
| 506 | 378 | | New Jersey Economic Development Authority Series 1997A-1997C | AMBRISTER 018 | | | Specific Purpose Objection: Excluded "novelty allegation." |
| 507 | 379 | | County of San Diego Series 1994 Series A | AMBRISTER 019 | | | Specific Purpose Objection: Excluded "novelty allegation." |
| 508 | 449 | 10/16/2003 | UBS Municipal Derivatives Origination Policy & Procedures | | UBS-CNO 0008579 | UBS-CNO 0008585 | Relevance |
| 509 | 450 | 7/1/2005 | UBS Municipal Securities Group Institutional Sales Group | | UBS-CNO 0009019 | UBS-CNO 0009052 | Relevance |
| 510 | 451 | 8/1/2005 | UBS Municipal Securities Group Training Class Introduction to Municipal Derivatives Group | | UBS-CNO 0009218 | UBS-CNO 0009270 | Relevance |
| 511 | 452 | 6/1/2003 | UBS Municipal Derivatives Group Derivatives Training, Module 1: Introduction | | UBS-CNO 0009788 | UBS-CNO 0009843 | Relevance |
| 512 | 453 | 3/17/2006 | UBS Investment Bank Municipal Derivatives Origination Policy & Procedures | | UBS-CNO 0009935 | UBS-CNO 0009954 | Relevance |
| 513 | 457 | 6/7/1999 | Derivatives Training: Module 4- Swap Pricing (Part III) | | UBS-CNO 0008570 | UBS-CNO 0008578 | Relevance |
| 514 | 458 | 8/1/2000 | Derivatives Training: Module 7: Second Generation Derivative Structures | | UBS-CNO 0008599 | UBS-CNO 00085610 | Relevance |

| 515 | 460 | 9/1/2000 | Derivatives Training: Module 2: Basic Swap Applications | | UBS-CNO 0008782 | UBS-CNO 0008811 | Relevance |
|---|---|---|---|---|---|---|---|
| 516 | 461 | 3/14/2002 | Derivatives Training: Module 2: Basic Swap Applications- Why We Serve Our Clients Better as Principal | | UBS-CNO 0008916 | UBS-CNO 0008918 | Relevance |
| 517 | 462 | 7/13/2005 | UBS Global Credit Policy 5-P-000258 - Collaterised OTC Derivatives Trading | | UBS-CNO 0000125 | UBS-CNO 000137 | Relevance |
| 518 | 463 | 4/15/2004 | UBS Global Credit Policy 5-P-000234- Establishment and Maintenance of Credit Counterparties | | UBS-CNO 0000138 | UBS-CNO 0000151 | Relevance |
| 519 | 464 | 6/7/2005 | UBS Municipal Securities Underwriting Policy | | UBS-CNO 0000152 | UBS-CNO 0000174 | Relevance |
| 520 | 465 | 2/28/2003 | UBS Global Credit Policy 5-P-000262- U.S. Municipal Derivatives | | UBS-CNO 0000486 | UBS-CNO 0000493 | Relevance |
| 521 | 466 | | PaineWebber Compliance- Code of Conduct | | UBS-CNO 0000494 | UBS-CNO 0000531 | Relevance |