**APPENDIX C-3**

*DEFENDANT'S EXHIBITS OBJECTED TO BY PLAINTIFF*

| Trial Ex. No. | DEX | Date | Document Description | Deposition Exhibit Number | Beginning Bates Number | Ending Bates Number | Plaintiff's Objection |
|---|---|---|---|---|---|---|---|
| **522** | 38. | 8/10/00 | Letter from M. Conefry to Board of Trustees, Re: January 1, 2000 Cash Flow Analysis – Old Fund | | JW-FOLEY-000048 | JW-FOLEY-000050 | Hearsay and Relevance |
| **523** | 41. | 8/18/00 | Letter from M. Kahn to M. Hathorn enclosing copy of New Orleans Firefighters Pension and Relief Fund (Old System) Funding Requirement Analysis and Future Value Liabilities prepared by actuary Michael Conefry | | JW-FOLEY-000109 | JW-FOLEY-000111 | Hearsay and Foundation |
| **524** | 131. | 11/30/00 | New Orleans Firefighters Cash Flow Study, Summary of Financing Results | | JW-FOLEY-000098 | JW-FOLEY-0000108 | Hearsay, Foundation, and Completeness |
| **525** | 186. | 7/2/03 | Letter from Conefry & Company LLC to Board of City Trusts Re: Firefighters' Pension and Relief Fund – Old Fund, Actuarial Valuation and Cash Flow Projections for Board of City Trusts, with attachments | | JW-FOLEY-MAY-000160 | JW-FOLEY-MAY-000162 | Hearsay and Foundation |
| **526** | 227. | 2/1/08 | Email from Forbes.com to R. Kahn Re: Financial Bond Insurers Need Help – Fast | | UBS-CNO 0006637 | UBS-CNO 0006638 | Relevance and Hearsay |
| **527** | 247. | 2/25/08 | Email from J. Osborn to DL-MSG-Orlando Banking Re: Bloomberg: Ambac Rises as Banks Plan $3Billion Rescue to Avert Downgrade | | UBS-CNO 0006780 | UBS-CNO 0006781 | Hearsay |
| **528** | 251. | 2/26/08 | Email from J. Osborn to DL-MSG-Orlando Banking Re: Bond Buyer: S&P Takes Action on 5 Bond Insurers | | UBS-CNO 0006777 | UBS-CNO 0006779 | Hearsay |

| Trial Ex. No. | DEX | Date | Document Description | Deposition Exhibit Number | Beginning Bates Number | Ending Bates Number | Plaintiff's Objection |
|---|---|---|---|---|---|---|---|
| 529 | 269. | 4/30/08 | Email from J. Koc to S. Copland and J. Allman Re: JPM Contact Info (New Orleans) | | AMBAC 00001975 | AMBAC 00001976 | Hearsay |
| 530 | 271. | 6/5/08 | Email from S. Murphy to DL-VSG Regional Marketing Re: Bonddesk Orders, with attachment | | UBS-CNO 0004052 | UBS-CNO 0004057 | Relevance and Hearsay |
| 531 | 323. | 8/4/11 | Email from M. Hathorn to L. Daniel, D. Muse, and N. Foster Re: Presentation of Alternatives for UBS-AMBAC | Kopplin Ex. 3 | CNO-04875 | CNO-04876 | Rule 408 – discussions related to settlement/compromise |
| 532 | 324. | 8/22/11 | Email from L. Daniel to B. Murtagh, J. Gould, A. Kopplin, N. Foster, M. Hathorn, and A. McKendrick Re: New Orleans Pension Bond Obligation Bonds – Restructure | | CNO-03445 | CNO-03457 | Rule 408 – discussions related to settlement/compromise |
| 533 | 278. | 9/15/11 | Declaration of Matthew J. Lindsay | | N/A | N/A | Relevance |
| 534 | 279. | 9/16/11 | Declaration of Blake Arcement | | N/A | N/A | Relevance |
| 535 | 326. | 9/21/11 | Email from L. Daniel to A. Kopplin, N. Foster, and A. McKendrick Re: Mayor Landrieu | | CNO-03414 | CNO-03417 | Rule 408 – discussions related to settlement/compromise |
| 536 | 330. | 5/31/12 | Email from N. Foster to A. Kopplin Re: andrew mckendrick | | CNO-03877 | CNO-03877 | Rule 408 – discussions related to settlement/compromise |
| 537 | 405. | 7/25/14 | Letter from A. Tankersley to K. Murphy | | N/A | N/A | Relevance |
| 538 | 406. | 10/2/14 | Letter from K. Murphy to A. Tankersley | | N/A | N/A | Relevance |
| 539 | 407. | 11/5/14 | Letter from A. Tankersley to K. Murphy | | N/A | N/A | Relevance |
| 540 | N/A | | Expert Report of Christopher Laursen | | N/A | N/A | Hearsay – Expert report of Defendants; Plaintiff reserving right to use for cross-examination and/or impeachment |

| Trial Ex. No. | DEX | Date | Document Description | Deposition Exhibit Number | Beginning Bates Number | Ending Bates Number | Plaintiff's Objection |
|---|---|---|---|---|---|---|---|
| **541** | 292. | Undated | Employees' Retirement System Investment History | | JW-CITYAPRIL-000004 | JW-CITYAPRIL-000004 | Relevance, Foundation, and Hearsay |
| **542** | 345. | Undated | Fire Pension Bond Issue information, attaching Comments on Actuarial Methods and Assumptions | | JW-FOLEY-000483 | JW-FOLEY-000492 | Hearsay, Foundation, Relevance, and Completeness |